IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>$10,260.00 in U.S. Currency,<br><br>**Defendant.** | **CIVIL NO.** 09-2126 (FAB) |

**DEFAULT DECREE OF FORFEITURE**

On November 4, 2009, Plaintiff United States of America ("USA") filed a verified complaint for forfeiture in rem [D.E.1] against the defendant property. Notice was caused to be posted on November 16, 2009 in an official government internet site (www.forefiture.gov), allowing any person having a claim in the defendant property to state its claim before the Court. No claimants came forward to stake a claim for the property.

Plaintiff USA has moved for a default decree of forfeiture because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

Therefore, the Court ENTERS JUDGMENT IN FAVOR OF PLAINTIFF USA against the defendant property. The defendant property shall be disposed of according to law by the United States Marshals Service.

Civil No. 09-2126 (FAB)                                                   2

The Clerk of the Court shall issue copies of this Default Decree of Forfeiture to counsel of record, Teresa S. Zapata-Valladares, Assistant United States Attorney, and the United States Marshals Service.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 19, 2010.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE